UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

HOFFMAN, WEINBERG AND O'BRIEN, LLC

PLAINTIFF(S)

Case No.
10 CV 265

vs.

P.N. FINANCIAL INC., ET AL

DEFENDANT(S)

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 08, 2010**, at **8:29 PM**, I served the above described documents upon **P.N. FINANCIAL INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **NELSON MACWAN / PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **8117 KENNETH AVE., SKOKIE, IL 60076**

**DESCRIPTION:**  Gender: **M**   Race: **WHITE**   Age: **38**   Hgt: '"   Wgt:   Hair:   Glasses: **NO**

**COMMENTS:** Lights were on. A white male was observed inside the house. After repeated knocking attempts, I called the 847-▇▇▇▇ number with no success. There is a for sale by owner sign in the front yard with the number 224-▇▇▇▇. I called this number and Nelson Macwan answered. He confirmed his identity and that he lived at 8117 N. Kenneth. I observed him talking on the phone when I called. I identified myself as a process server, informing him I was serving him with a summons. When asked to come to the door, he told me to "fuck myself" and my reply was if he did not answer the door the documents would be left there. He responsed "do what you have to do" and hung up the phone. I attempted to call again and he did not answer. Neighbor confirmed that Nelson Macwan lives there. Papers were left in between the screen door and the main door of the house.
I declare under penalties of perjury that the information contained herein is true and correct.

*Erik J. Schreiber* (signature)
Erik J. Schreiber, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 9th day of April, 2010

*Joan C Harenberg* (signature)
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

CLIENT NAME:
Christopher W. McMaster*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
56395